GEORGE W. CARTWRIGHT, Appellant, *v.* THOMAS MAPLESDEN, Respondent.

(Argued May 30, 1873; decided June 10, 1873.)

THIS was an action to recover damages for an alleged wrongful obstruction, by a fence and other erections, of a roadway in which plaintiff claimed a right, and to compel the removal of such obstructions.

One Edwards, the common source of title, conveyed first to defendant, bounding him upon a roadway or street. Defendant's deed also contained a covenant that the grantee should keep open as a sidewalk, for the use of the adjoining land, a strip fifteen feet wide of the premises conveyed, bordering upon said roadway. Edwards conveyed the residue of his premises to plaintiff with a right to the free and unobstructed use of said roadway; but prior to such conveyance the strip of land had been fenced in and a portion of it built upon by defendant with the knowledge and assent of Edwards. These were the obstructions complained of. *Held*, that the permission to make the erections, they being inconsistent with the continuance of the easement, worked an extinguishment thereof; that plaintiff could not recall the right, or claim any benefit under the covenant by which it was granted, and had therefore no cause of action.

*Francis Larkin* for the appellant.

*C. Frost* for the respondent.

ALLEN, J., reads for affirmance.
All concur.
Judgment affirmed.